IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:19-cv-00414 |
| v. | ) | |
| | ) | **JUDGE CAMPBELL** |
| BRAD JONES, et al., | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 15), recommending that the Court grant Defendants' Motion to Dismiss (Doc. No. 9).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 15 at 8). No objections were filed.

The Court has reviewed the Report and Recommendation (Doc. No. 15) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, the above captioned case is **DISMISSED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE